No. 119, Misc.  WRIGHT v. TEXAS.  Motion for leave to supplement the petition granted.  Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.  *John L. Hill, Jr.* and *Walter James Kronzer, Jr.* for petitioner.

No. 185, Misc.  LOPEZ v. UNITED STATES.  Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit and for other relief denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 73, October Term, 1962.  CALIFORNIA ET AL. v. FEDERAL POWER COMMISSION ET AL., 373 U. S. 294;

No. 150, October Term, 1962.  SILVER, DOING BUSINESS AS MUNICIPAL SECURITIES CO., ET AL. v. NEW YORK STOCK EXCHANGE, 373 U. S. 341;

No. 236, October Term, 1962.  LOPEZ v. UNITED STATES, 373 U. S. 427;

No. 463, October Term, 1962.  FITZGERALD, PUBLIC ADMINISTRATOR, v. UNITED STATES LINES CO., 374 U. S. 16;

No. 513, October Term, 1962.  NORVELL v. ILLINOIS, 373 U. S. 420;

No. 604, October Term, 1962.  DIVISION 1287, AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY & MOTOR COACH EMPLOYEES OF AMERICA, ET AL. v. MISSOURI, 374 U. S. 74;

No. 686, October Term, 1962.  BENSON v. CALIFORNIA, 374 U. S. 806; and

No. 1014, October Term, 1962.  BURDIKOFF ET AL. v. RUSSIAN ORTHODOX GREEK CATHOLIC ST. PETER AND ST. PAUL'S CHURCH OF LORAIN, OHIO, ET AL., 374 U. S. 808.  Petitions for rehearing denied.